**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-2463**

———————————

EMMETT JOHNSON JAFARI,

        Plaintiff - Appellant,

    v.

OLD DOMINION TRANSIT MANAGEMENT COMPANY, a/k/a The Greater
Richmond Transit Company (GRTC),

        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Senior
District Judge.  (3:08-cv-00629-JRS-DJN)

———————————

Submitted:  April 19, 2016        Decided:  April 21, 2016

———————————

Before AGEE, DIAZ, and THACKER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Emmett Johnson Jafari, Appellant Pro Se.  Ryan Ayers Glasgow,
HUNTON & WILLIAMS, LLP, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Johnson Jafari appeals the district court's order denying relief on his Fed. R. Civ. P. 60 motion in his civil action against his former employer, and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jafari v. Old Dominion Transit Mgmt. Co., No. 3:08-cv-00629-JRS-DJN (E.D. Va. Aug. 19, 2015 & Oct. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED